UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| ROBERT ARMS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 3:19-CV-374-TAV-HBG |
| | ) |
| MONSANTO COMPANY, | ) |
| | ) |
| Defendant. | ) |

## <u>ORDER</u>

This case is before the undersigned pursuant to 28 U.S.C. § 636, the Rules of this Court, and Standing Order 13-02.

Now before the Court is a Response to the Order to Show Cause [Doc. 10], filed by Attorneys Harrison Biggs, Jennifer Moore, and Raymond Silverman. By way of background, on November 25, 2019, the undersigned entered an Order to Show Cause, directing the above attorneys to show cause as to why they did not respond to the Notices of Deficiency ("Notices") [Doc. 2-4], which were filed on September 25, 2019. The Notices advised the attorneys that they were not admitted to practice before this Court and instructed them to file a motion for pro hac vice within fifteen (15) days.

The instant Response states that the case is related to the MDL action pending in the Northern District of California, *In re Roundup Products Liability Litigation*, MDL 2741. The Response states that the attorneys mistakenly believed that this case was already included on a conditional transfer order. Attorneys Jennifer Moore and Raymond Silverman have now filed Motions to Appear Pro Hac Vice [Doc. 11 and Doc. 12].

Accordingly, the Order to Show Cause is hereby **DISCHARGED**. Further, the Court finds the Motions to Appear Pro Hac Vice [**Docs. 11, 12**] well taken, and they are **GRANTED**. Attorneys Jennifer Moore and Raymond Silverman **SHALL** register as E-Filers at the following

address: www.pacer.uscourts.gov.  The Court notes that Attorney Harrison Biggs has not filed a motion to appear pro hac vice.  If this case has not been transferred by January 17, 2020, Attorney Biggs **SHALL** file a motion to appear pro hac vice or he will be removed as counsel of record.

    **IT IS SO ORDERED.**

    ENTER:

_____
United States Magistrate Judge